ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: allison.schmidt@akerman.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>ARLINGTON WEST TWILIGHT HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00810-KJD-NJK<br><br>**STIPULATION AND ORDER FOR COST BOND** |

Plaintiff Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP (**BANA**), and Defendant SFR Investments Pool 1, LLC (**SFR**) hereby stipulate and agree as follows:

. . .

. . .

. . .

. . .

{38230280;1}                                    1

1. Pursuant to NRS 18.130(1) and the request for cost bond filed by SFR as DKT NO. 6, BANA shall deposit with the Clerk of the Court a cost bond in the amount of $500.

DATED this 10th day of May, 2016.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Allison Schmidt, Esq.*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>ALLISON R. SCHMIDT, ESQ.<br>Nevada Bar No. 10743<br>AKERMAN LLP<br>1160 Town Center Drive, Suite 330<br>Las Vegas, NV 89144<br>Telephone: (702) 634-5000<br>Facsimile: (702) 380-8572<br>Email: allison.schmidt@akerman.com<br><br>*Attorneys for Plaintiff* | */s/ Diana Cline Ebron, Esq.*<br>DIANA CLINE EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>Telephone: (702) 485-3300<br>Facsimile: (702) 485-3301<br>Email: diana@kgelegal.com<br><br>*Attorneys for Defendant SFR Investments Pool 1, LLC* |

**ORDER**

IT IS SO ORDERED:

_____
**UNITED STATES                    JUDGE**

May 18, 2016
_____
**DATED**

{38230280;1}                                        2