**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., ) | |
| ) | Case No. 2:16-cv-00810-KJD-NJK |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| ARLINGTON WEST TWILIGHT ) | |
| HOMEOWNERS ASSOCIATION, et al., ) | |
| ) | |
| Defendant(s). ) | |

To date, the parties have failed to file a discovery plan as required by Local Rule 26-1.  In lieu of the submission of that discovery plan, however, the Court **SETS** a scheduling conference for 9:45 a.m. on August 22, 2016, in Courtroom 3A.  Counsel shall be prepared to discuss, *inter alia*, whether the schedule for proceedings in this matter are impacted by the Ninth Circuit's recent decision finding NRS 116.3116 facially unconstitutional.  *See Bourne Valley Court Trust v. Wells Fargo Bank, N.A.*, Case No. 15-15233 (9th Cir. Aug. 12, 2016).

IT IS SO ORDERED.

DATED: August 17, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge