ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JASON J. ZUMMO, ESQ.
Nevada Bar No. 13995
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  jason.zummo@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>ARLINGTON WEST TWILIGHT HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ALESSI & KOENIG, LLC,<br><br>Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP; KIMBERLY McLAUGHLIN, an individual; and JASON McLAUGHLIN, an individual,<br><br>Counter/Cross Defendants. | Case No.:  2:16-cv-00810-KJD-NJK<br><br>**NOTICE OF DISASSOCIATION** |

{40623941;1}

Bank of America, N.A Successor by merger to BAC Home Loans Servicing, LP, F/K/A Countrywide Home Loans Servicing, LP (**BANA**) hereby provides notice that Donna M. Wittig, Esq. is no longer associated with the law firm of Akerman LLP.  **BANA** requests Ms. Wittig be removed from the CM/ECF service list.

Akerman LLP will continue to represent **BANA** and requests ARIEL E. STERN, ESQ., and JASON J. ZUMMO, ESQ. receive all future notices.

Respectfully submitted, this 17th day of February, 2017.

**AKERMAN LLP**

/s/ *Jason J. Zummo, Esq.*
ARIEL E. STERN , ESQ.
Nevada Bar No. 8276
JASON J. ZUMMO, ESQ.
Nevada Bar No. 13995
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

**COURT APPROVAL**

IT IS SO ORDERED.

Date: February 21, 2017

_____
UNITED STATES MAGISTRATE JUDGE

{40623941;1}                                    - 2 -