LIPSON NEILSON, P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
KAREN KAO, ESQ.
Nevada Bar No. 14386
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
bebert@lipsonneilson.com
kkao@lipsonneilson.com

*Attorneys for ARLINGTON WEST TWILIGHT HOMEOWNERS ASSOCIATION*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>ARLINGTON WEST TWILIGHT HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ALESSI & KOENIG, LLC,<br><br>Defendants. | CASE NO.: 2:16-cv-00810-KJD-NJK<br><br>**DEFENDANT ARLINGTON WEST TWILIGHT HOMEOWNERS ASSOCIATION'S MOTION TO REMOVE ATTORNEY DAVID MARKMAN, ESQ., FROM THE ELECTRONIC SERVICE LIST** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross-Claimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; KIMBELY McLAUGHLIN, an individual; and JASON McLAUGHLIN, an individual, | |

LIPSON NEILSON, P.C.
9900 Covington Cross Drive, Suite 120, Las Vegas, Nevada 89144
Telephone: (702) 382-1500   Facsimile: (702) 382-1512

Counter/Cross-Defendants.

Defendant, Arlington West Twilight Homeowners Association ("Arlington") by and through its counsel of record, LIPSON NEILSON, P.C., hereby provides notice that attorney David A. Markman, Esq., is no longer an associate with the law firm of Lipson Neilson, P.C.

LIPSON NEILSON, P.C. continues to serve as counsel for Arlington in this action, therefore no parties are prejudiced by this withdrawal. The undersigned respectfully requests the court remove David A. Markman, Esq., from the electronic service list in this action. All future correspondence, papers, and future notices should continue to be directed to J. William Ebert, Esq., and Karen Kao, Esq.

DATED this 24th day July, 2018.

LIPSON NEILSON P.C.

By: /s/ Karen Kao
J. William Ebert, Esq. (Bar No. 2697)
Karen Kao, Esq. (Bar No. 14386)
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144
702-382-1500

*Attorneys for Defendant Arlington West Twilight Homeowners Association*

**COURT APPROVAL**

**IT IS SO ORDERED.**

**DATED:** July 25, 2018

_____
**UNITED STATES MAGISTRATE JUDGE**