Diana S. Ebron, Esq.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
Kim Gilbert Ebron
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorney for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>ARLINGTON WEST TWILIGHT HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No. 2:16-cv-00810-KJD-NJK<br><br><br>**JUDGMENT BY DEFAULT AGAINST KIMBERLY MCLAUGHLIN AND JASON MCLAUGHLIN** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter-/Cross- Claimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP; KIMBERLY MCLAUGHLIN, an individual; and JASON MCLAUGHLIN, an individual,<br><br>Counter-/Cross- Defendants. | |

- 1 -

1    This matter came before the Court on SFR Investments Pool 1, LLC's ("SFR") application for default judgment against Cross-Defendants Kimberly McLaughlin and Jason McLaughlin ("the McLaughlins"). Having considered the application, including the declarations attached thereto, the Court makes the following findings of fact and conclusions of law:

1. On June 18, 2016, SFR filed a Cross-Claim (ECF No. 15) for quiet title and declaratory relief against the McLaughlins ("Cross-Claim") relating to real property located at **9154 Smugglers Beach Court, Las Vegas, NV 89178; Parcel No. 176-20-314-102** ("the Property").

2. The McLaughlins failed to answer the complaint within the 21-day time limit set forth in FRCP 12. The Clerk of the Court appropriately entered a default against the McLaughlins on June 21, 2019 (ECF No. 45).

3. The McLaughlins are not incompetent, infants, or serving in the United States military.

4. SFR submitted credible evidence in support of its application in the form of documents obtained from the Official Records of the Clark County Recorder and declarations made under penalty of perjury that demonstrate prima facie grounds sufficient to enter default judgment against the McLaughlins.

NOW, THEREFORE, pursuant to FRCP 55(b)(2), having considered the evidence and made the foregoing findings of fact and conclusions of law, and finding good cause,

IT IS ORDERED, ADJUDGED AND DECREED that the McLaughlins, any successors and assigns, have no right, title or interest in the Property and that SFR is the rightful title owner.

…

…

…

…

…

…

…

…

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

IT IS FURTHER ORDERED that this judgment does not adjudicate SFR's claim against, or the defenses of, any other party to this case.

_____
UNITED STATES DISTRICT JUDGE
Dated: 3/9/2020

*Respectfully submitted by:*
**KIM GILBERT EBRON**

/s/ *Jason G. Martinez*
JASON G. MARTINEZ, ESQ.
Nevada Bar No. 13375
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

DATED this 21st day of October, 2019.